UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD HENDERSON,

    Defendant,

and

MICHIGAN DEPARTMENT OF TREASURY,

    Garnishee.
_____/

Case No. 13-cv-15146

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

### ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S JULY 24, 2014 REPORT AND RECOMMENDATION (ECF NO. 16) AND (2) DENYING DEFENDANT'S OBJECTION TO THE GARNISHMENT AND CLAIMS FOR EXEMPTION (ECF NOS. 12, 13)

On July 24, 2014, Magistrate Judge R. Steven Whalen issued a Report and Recommendation that the Court deny Defendant's objection to the garnishment and claims for exemption. (ECF No. 16, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, and DENIES Defendant's objections to the garnishment and claims for exemption. (ECF Nos. 12, 13.)

IT IS SO ORDERED.

                s/Paul D. Borman
                Paul D. Borman
Dated: August 26, 2014      United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 26, 2014.

s/Deborah Tofil
Case Manager
